HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTIAN DOSCHER,

        Plaintiff,

v.

SWIFT TRANSPORTATION,

        Defendant.

Case No. C10-5545 RBL

ORDER DENYING PLAINTIFFS'
MOTION FOR RECONSIDERATION

    This matter is before the Court on Plaintiffs' Motion for Reconsideration [Dkt. #23] of this Court's Order [Dkt. #22] denying plaintiff's Motion for Sanctions. The Court has reviewed and considered the Motion.

    Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not reconsider its prior ruling [Dkt. #22].

    It is ORDERED that Plaintiffs' Motion for Reconsideration [Dkt. #23] is DENIED.

DATED this 20th day of September, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1