HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTIAN DOSCHER, | CASE NO. C10-5545RBL |
| Plaintiff, | ORDER |
| v. | |
| SWIFT TRANSPORTATION, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Motion to Appeal *In Forma Pauperis* [Dkt. #93]. Plaintiff is appealing the Order granting the Defendant's Motion for Summary Judgment and dismissing Plaintiff's Complaint. His Notice of Appeal was filed after the Order was entered but prior to the entry of Judgment. *See* Fed. R. App. P. 4(a)(2).

Plaintiff's appeal lacks an arguable basis in law or fact and is thus frivolous. *See* Order, Dkt. #91. Plaintiff's Motion to Appeal *In Forma Pauperis* [Dkt. #93] is **DENIED.** Fed. R. App. P. 24(a)(2).

**IT IS SO ORDERED.**

ORDER- 1

1     The Clerk shall send uncertified copies of this order to all counsel of record, and to any

2 party appearing pro se.

3     Dated this 12th day of April, 2011.

 

                        BENJAMIN H. SETTLE
                        For Ronald B. Leighton
                        United States District Judge

ORDER- 2